**Matter A Monthly Cash Flow**

|  |  |  |  |  |  |
|---:|---:|---:|---:|---:|---:|
| Gross | $ 750,000 |  | S\|H Overhead | $ | 25,000 |
| S\|H Reserve | $ 225,000 |  | Website | $ | 1,000 |
| S\|H Overhead | $ 25,000 |  | Office Space | $ | 10,000 |
|  |  |  | Accountant | $ | 3,000 |
| Net | $ 500,000 |  | Outside Attys | $ | 3,000 |
|  | *Annualized* |  | Misc | $ | 8,000 |
| Judd | $ 100,000 | $ 1,200,000 |  |  |  |
| Chris | $ 100,000 | $ 1,200,000 |  |  |  |
| Allison | $ 50,000 | $ 600,000 |  |  |  |
| Amy | $ 50,000 | $ 600,000 |  |  |  |
| Joe | $ 50,000 | $ 600,000 |  |  |  |
| Katie | $ 50,000 | $ 600,000 |  |  |  |
| Jordan | $ 15,000 | $ 180,000 |  |  |  |

Add'l Firm Profit    $    85,000

Bonuses at the resolution of Matter A at management's sole discretion
Checks cut on rolling basis w/in 2 business days payment from client clearing
Pro rata checks if pro rata payment
Guaranteed equal membership in S|H at a Class A membership level*
*management retains exclusive control
*any later-admitted members will be at a Class B level

**EXHIBIT 1**