# STONE HILTON PLLC

Submitted to swalker@durstjordan.com :

**EXPENSE REPORT**

| Purpose | Expense Tracking/Reimbursement | | Month | June-July 2023 |
|---------|-------------------------------|---|-------|----------------|

**EMPLOYEE INFORMATION**

| Name | Jordan Eskew | Position | Office Manager |
|------|--------------|----------|----------------|

| Date | Account | Description | Auto (Gas) | Office Supplies | Travel (Hotels) | Travel (Transportation) | Meals | Phone | Other | Total |
|------|---------|-------------|------------|-----------------|-----------------|-------------------------|-------|-------|-------|-------|
| 5/30/2023 | Proton Mail | Proton Mail Account | | | | | | | $119.88 | $119.88 |
| 6/30/2023 | Walmart | Office Supplies | | $20.00 | | | | | | $20.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| Total | | | $0.00 | $20.00 | $0.00 | $0.00 | $0.00 | $0.00 | $119.88 | $139.88 |

| | |
|---|---|
| Subtotal | $139.88 |
| Advances | $0.00 |
| Total | $139.88 |

**APPROVED**

Jordan Eskew

**NOTES**

EXHIBIT
2

# STONE HILTON PLLC

Submitted to swalker@durstjordan.com :

**EXPENSE REPORT**

| **Purpose** | Reimbursement | | **Month** | August 2023 |

**EMPLOYEE INFORMATION**

Name  Jordan Eskew       Position  Admin

| Date | Account | Description | Auto (Gas) | Office Supplies | Travel (Hotels) | Travel (Transportation) | Meals | Phone | Other | Total |
|------|---------|-------------|------------|-----------------|-----------------|--------------------------|-------|-------|-------|-------|
| 8/18/2023 | Petal & Pup | Trial Attire | | | | | | | $502.34 | $502.34 |
| 8/19/2023 | Red Dress Boutique | Trial Attire | | | | | | | $25.93 | $25.93 |
| 8/20/2023 | iScanner | scanning app | | | | | | | $4.32 | $4.32 |
| 8/21/2023 | Abercrombie | Trial Attire | | | | | | | $860.59 | $860.59 |
| 8/21/2023 | Nordstrom | Trial Attire | | | | | | | $139.64 | $139.64 |
| 8/21/2023 | Ulta | makeup for trial | | | | | | | $173.65 | $173.65 |
| 8/30/2023 | iScanner | scanning app | | | | | | | $4.32 | $4.32 |
| 8/30/2023 | J.Crew | Trial Attire | | | | | | | $614.63 | $614.63 |
| 8/30/2023 | Nordstrom | Trial Attire | | | | | | | $335.58 | $335.58 |
| 8/31/2023 | Nordstrom | Trial Attire | | | | | | | $484.96 | $484.96 |
| 8/31/2023 | Group Benefits Program | Health Insurance for Aug. & Sept | | | | | | | $1,276.18 | $1,276.18 |
| | | | | | | | | | | $0.00 |
| Total | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,422.14 | $4,422.14 |

| | | Subtotal | $4,422.14 |
|--|--|----------|-----------|

**APPROVED**  Jordan Eskew

**NOTES**

| Advances | $0.00 |
|----------|-------|
| Total | $4,422.14 |

**EXHIBIT 2**