# STATE OF TEXAS

**PERSONNEL ACTION FORM**                                                                                          Page 1 of 1

| PAF # | 7-TINS | OAG ID | Name |
|---|---|---|---|
| 00024514 | 70052820910 |  | Hilton, Christopher D |
| **Action(s)** | **Reason Code(s)** | **Effective Date of Action** | **Current Status** |
| Voluntary Separation | 060 | 10/17/2023 / 10/18/2023 | Completed |

|  | FROM | TO |
|---|---|---|
| **Dept ID/Name** | D045000 / General Litigation | / |
| **Location** | 019 |  |
| **Position #** | 00038899 |  |
| **EEO/FLSA** | A / E | / |
| **Hours** | 40.00 / Reg | / |
| **Pay Group/Step** | B32 / | / |
| **Salary** | $16,187.50 / $194,250.00 | / |
| **Class (PCA)** | 10104 |  |
| **Job Code** | 3516A |  |
| **Job Title** | Assistant Attorney General VII / Division Chief | / |
| **Mg/Su Flag** | M |  |
| **Reports To** | 00044514 / James Lloyd | / |
| **Stipends** | / | / |
| **Hazardous Duty** | No |  |

| Comments | % Pay Increase | One-Time Merit Amt |
|---|---|---|
|  | **Last Day Physically Worked** | **Payable Hours** |
|  | 10/17/2023 |  |

| Posting # | Direct Transfer | Employee Replaced |  |
|---|---|---|---|
|  |  | / | / |

| Approval Step | Assigned To | Actual Approver | Status | Date/Time |
|---|---|---|---|---|
| Approval Request Submitted | Shelli Gustafson | Shelli Gustafson | Submitted | 10/17/2023 06:38:41 PM |
| Exec Deputy approval | Grant Dorfman | Grant Dorfman | Approved | 10/17/2023 08:59:58 PM |
| Approval Request Submitted | Shelli Gustafson | Shelli Gustafson | Submitted | 10/18/2023 03:03:24 PM |
| HR Director Approval | ePAF HR Approvers | Lee Haney | Approved | 10/18/2023 03:12:46 PM |
| Budget Approval | Karen Haywood | Karen Haywood | Approved | 10/18/2023 03:31:14 PM |

EXHIBIT 3

Printed by Kathryn Coleman at 11:23:09 AM on 10/19/2023



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

October 17, 2023

To Whom It May Concern,

This letter confirms that I am resigning from my position at the Office of the Attorney General effective Tuesday, October 17, 2023. As discussed, today is my last day working. I understand I will be paid for my accumulated non-sick leave in approximately six weeks.

I will make arrangements to retrieve any personal belongings and return any agency equipment at a later date.

Sincerely,

Christopher Hilton

Cc: Master Personnel File, Human Resources Division

Post Office Box 12548, Austin, Texas 78711-2548 • (512) 463-2100 • www.texasattorneygeneral.gov

EXHIBIT 3