# STATE OF TEXAS

**PERSONNEL ACTION FORM**  Page 1 of 1

| PAF # | 7-TINS | OAG ID | Name |
|---|---|---|---|
| 00024515 | 70075790553 | | Stone, Judd E |
| **Action(s)** | | **Reason Code(s)** | **Effective Date of Action** | **Current Status** |
| Voluntary Separation | | 060 | 10/17/2023 / 10/18/2023 | Completed |

| | FROM | TO |
|---|---|---|
| **Dept ID/Name** | H100000 / Solicitor General | / |
| **Location** | 059 | |
| **Position #** | 00042472 | |
| **EEO/FLSA** | A / E | / |
| **Hours** | 40.00 / Reg | / |
| **Pay Group/Step** | B34 / | / |
| **Salary** | $20,437.50 / $245,250.00 | / |
| **Class (PCA)** | 10026 | |
| **Job Code** | 1642A | |
| **Job Title** | Deputy Attorney General / Solicitor General | / |
| **Mg/Su Flag** | M | |
| **Reports To** | 00043378 / Brent Webster | / |
| **Stipends** | / | / |
| **Hazardous Duty** | No | |

**Comments**

| | % Pay Increase | One-Time Merit Amt |
|---|---|---|
| | **Last Day Physically Worked** | **Payable Hours** |
| | 10/17/2023 | |

**Posting #**    **Direct Transfer**    **Employee Replaced**
/    /

| Approval Step | Assigned To | Actual Approver | Status | Date/Time |
|---|---|---|---|---|
| Approval Request Submitted | Shelli Gustafson | Shelli Gustafson | Submitted | 10/17/2023 08:00:38 PM |
| Chief of Staff Approval | Lesley French-Henneke | Lesley French-Henneke | Approved | 10/17/2023 10:08:56 PM |
| Approval Request Submitted | Shelli Gustafson | Shelli Gustafson | Submitted | 10/18/2023 05:51:08 PM |
| HR Director Approval | ePAF HR Approvers | Shelli Gustafson | Approved | 10/18/2023 05:51:48 PM |
| Budget Approval | Karen Haywood | Karen Haywood | Approved | 10/19/2023 07:52:51 AM |

EXHIBIT 4

Printed by Kathryn Coleman at 04:03:30 PM on 10/19/2023

**Judd Stone**      6:03 PM
To: shelli.gustavson@oag.texas.gov

## Resignation

To Whom It May Concern,

I resign my position with the Office of the Attorney General effective immediately. I understand I will be paid my accumulated leave in approximately six weeks. I will make appropriate arrangements for my belongings and to return agency equipment at a soon future date.

It has been my distinct pleasure to serve the people of Texas.

Yours,

Judd Stone

EXHIBIT 4