



Emily Frost
Board Certified in Labor & Employment Law

2499 S. Capital of TX Hwy, Ste B-203  Austin, TX 78746
t: (512) 640-5501
emily@frostdomel.com
www.frostdomel.com

May 28, 2025

**VIA E-FILING**

Re: Case No. 1:25-cv-804; *Jordan Eskew, Plaintiff v. Stone Hilton PLLC, Christopher Hilton, and Judd Stone, Defendants;* In the United States District Court for the Western District of Texas, Austin Division

Dear Clerk:

Please be advised I will be on vacation and unavailable from June 4 to 6, 2025, and June 18 to July 2, 2025.

Please do not set any hearings or other matters requiring any appearance during that time.

Thank you for your kind attention to this matter.

Sincerely,

Emily Frost