UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JORDAN ESKEW,<br>　　　Plaintiff<br><br>v.<br><br>STONE HILTON PLLC,<br>CHRISTOPHER HILTON, AND JUDD STONE,<br>　　　Defendants. | §<br>§<br>§<br>§　Case No. 1:25-cv-00804-ADA-SH<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S MOTION FOR EXTENSION TO FILE RESPONSE TO DEFENDANTS' MOTION TO STRIKE (THIS PART IS UNOPPOSED) AND MOTION TO RESCHEUDLE HEARING (ON THIS PART, PLAINTIFF IS WAITING TO HEAR BACK FROM DEFENDANTS' COUNSEL AS TO WHETHER DEFENDANTS ARE OPPOSED OR UNOPPOSED)**

Plaintiff Jordan Eskew files this motion for extension to file response to Defendants' motion to strike (doc. 6) and motion to reschedule hearing and would respectfully show the Court as follows:

## Introduction

1. Defendants filed a motion to strike (doc. 6). Pursuant to Court order, Plaintiff's response is due August 15, 2025.

2. Plaintiff's attorney has had an unexpected health issue, necessitating a trip to urgent care. Plaintiff requests an extension of two weeks to file a response, making the new deadline August 29, 2025.

3. Plaintiff further requests that the Court reschedule the hearing currently set for August 20, 2025, to a date after Plaintiff has filed her response and Defendants have filed their reply.

## Argument and Authorities

4. Plaintiff incorporates the foregoing paragraphs by reference.

5. Pursuant to Federal Rule of Procedure 6(b), the Court has discretion to grant extensions.

6. This is Plaintiff's first request for an extension to file a response to Defendants' motion to strike.

7. Due to Plaintiff's attorney's unexpected health issue, necessitating a trip to urgent care, good cause exists to grant Plaintiff's request for extension. Plaintiff therefore requests an extension of two weeks to file a response to Defendants' motion to strike, making the new deadline August 29, 2025.

8. Plaintiff further requests that the Court reschedule the hearing currently set for August 20, 2025, to a date after Plaintiff has filed her response and Defendants have filed their reply.

9. This extension is not being sought for purposes of delay but so that justice may be done.

10. Counsel for Defendants has indicated that Defendants are unopposed to Plaintiff's request for a 2-week extension of her briefing deadline; Plaintiff's counsel has reached out to Defendants' counsel to see if Defendants are opposed to rescheduling the hearing currently set for August 20, 2025, and has not yet received a response.

### Request for Relief

For these reasons, Plaintiff respectfully requests that the Court extend her deadline to file a response to Defendants' motion to strike (doc. 6) by two weeks, making the new deadline August 29, 2025. Plaintiff further requests that the Court reschedule the hearing currently set for August 20, 2025, to a date after Plaintiff has filed her response and Defendants have filed their reply. Plaintiff further requests all other just relief.

Respectfully submitted,

FROST DOMEL PLLC
Emily Frost
State Bar No. 24036601
2499 S. Capital of Texas Hwy.
Suite B-203
Austin, Texas 78746
(512) 640-5501
emily@frostdomel.com

By: _____
Emily Frost

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendants has indicated that Defendants are unopposed to Plaintiff's request for a 2-week extension of her briefing deadline; Plaintiff has reached out to Defendants' counsel to see if Defendants' counsel are opposed to rescheduling the hearing currently set for August 20, 2025, and has not yet received a response.

_____
Emily Frost

## **CERTIFICATE OF SERVICE**

On August 15, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_____
Emily Frost