**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **JORDAN ESKEW,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:25-CV-00804-ADA** |
| | § | |
| **STONE HILTON PLLC,** | § | |
| **CHRISTOPHER HILTON, &** | § | |
| **JUDD STONE,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ON DEFENDANTS' MOTION TO STRIKE, DEFENDANTS'
PARTIAL MOTION TO DISMISS, PLAINTIFF'S MOTION TO AMEND, &
PLAINTIFF'S CORRECTED MOTION TO AMEND**

On August 28, 2025, the Court held oral argument on Defendants' Motion to
Strike Allegations from Plaintiff's First Amended Complaint (ECF No. 6) as well as
Plaintiff's Motion to Amend her Complaint (ECF No. 14) and Plaintiff's Corrected
Motion to Amend/Correct (ECF No. 17).

Plaintiff's Corrected Motion to Amend (ECF No. 17) appears to supersede her
original Motion to Amend (ECF No. 14). Therefore, Plaintiff's Motion to Amend
(ECF No. 14) is **DENIED AS MOOT.**

Consistent with the Court's ruling at oral argument, Defendants' Motion to
Strike Allegations from Plaintiff's Complaint (ECF No. 6) is **GRANTED.** The Court
finds that the allegations contained in Paragraphs 44 and 45 and Exhibit 5 of
Plaintiff's First Amended Complaint are redundant in light of Plaintiff's entire
complaint. The Clerk of Court is instructed to **STRIKE** Plaintiff's First Amended
Complaint (ECF No. 4) from the record. This order in no way limits Plaintiff's ability

to take discovery on any issue that has been raised in the struck portions of Plaintiff's First Amended Complaint.

Further consistent with the Court's ruling at oral argument, Plaintiff's Motion to Amend her Complaint (ECF No. 17) is **GRANTED**.  The Court finds that good cause exists here to allow Plaintiff to amend her complaint and that, due to the early stages of the litigation, there is no undue delay, bad faith, or futility of amendment. The Plaintiff is hereby **ORDERED** to file her Second Amended Complaint consistent with this order within seven days of entry of this order.  Plaintiff is further **ORDERED** to omit the allegations contained in Paragraphs 44 and 45 and Exhibit 5 contained in her First Amended Complaint from her Second Amended Complaint.

Also pending before the Court is Defendants' Partial Motion to Dismiss under 12(b)(6) (ECF No. 12).  Because the Plaintiff's Motion to Amend her Complaint is **GRANTED**, Defendants' Partial Motion to Dismiss is hereby **DENIED WITHOUT PREJUDICE**.  Defendants may refile their Partial Motion to Dismiss within 14 days after Plaintiff files her Second Amended Complaint.

The parties are further **ORDERED** to meet and confer and file a proposed scheduling order consistent with the Court's guidance provided at oral argument by October 10, 2025.

**SIGNED** this 12th day of September, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE