IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JORDAN ESKEW,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STONE HILTON PLLC,<br>CHRISTOPHER HILTON, AND JUDD STONE,<br><br>　　　　Defendants. | §§§§§§§§§§§§§ CIVIL ACTION NO. 1:25-cv-00804-ADA-SH |

### JOINT RULE 26(F) REPORT

Plaintiff Jordan Eskew ("Plaintiff") and Defendants Stone Hilton PLLC, Christopher Hilton, and Judd Stone ("Defendants") (collectively, the "Parties) file this Joint Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. The parties conferred on September 16, 2025, via telephone and subsequently via email on the matters specified in Rule 26(f). In attendance were Emily S. Frost, counsel for Plaintiff, and Kimberly R. Miers and Melinda J. Wetzel, counsel for Defendant.

1. **What are the causes of action, defenses, and counterclaims in this case? What are the elements of the cause(s) of action, defenses, and counterclaims pled?**

   **Plaintiff's Response:**

   Plaintiff incorporates by reference her live pleading in this lawsuit and any subsequent amendments thereto.

   **Defendant's Response:**

   Defendants deny Plaintiff's allegations. Defendants incorporate their Original Answer to Plaintiff's First Amended Complaint (ECF No. 13) and any subsequent amendments thereto.

2.  **Are there any outstanding jurisdictional issues?**

    At this early stage of the case, the Parties are not aware of any outstanding jurisdictional issues. However, the Parties reserve the right to raise jurisdictional issues at a later date should such issues arise as the case progresses.

3.  **Are there any unserved parties? If more than 90 days have passed since the filing of the Complaint or petition, should these unserved parties be dismissed?**

    There are no unserved parties.

4.  **Are there any agreements or stipulations that can be made about any facts in this case or any element in the cause(s) of action?**

    At this early stage of the case, other than the admissions contained within Defendants' Original Answer to Plaintiff's First Amended Complaint (ECF No. 13) and any subsequent amendments thereto, the Parties are not aware of any agreements or stipulations that can be made about any facts in this case or any elements of the causes of action. The Parties will endeavor to confer as the case progresses to reach any reasonable agreements that can be reached on these points before a trial of this action.

5.  **Are there any legal issues in this case that can be narrowed by agreement or by motion?**

    The Parties are currently unaware of any legal issues in this case that can be narrowed by agreement or by motion. The Parties will endeavor to confer as the case progresses to reach any reasonable agreements that can be reached before trial.

6.  **Are there any issues about preservation of discoverable information?**

    The Parties understand and acknowledge their duty to preserve information and are not currently aware of any issues concerning the preservation of discoverable information. The Parties will work together in good faith to resolve any issues regarding the preservation of discoverable information.

7.  **Are there any issues about disclosure or discovery of electronically stored information? In what forms should electronically-stored information be produced and will production include metadata?**

    The Parties are not aware of any issues at this time. The Parties will confer in good faith on forms of production if an issue arises.

8.  **What are the subjects on which discovery may be needed?**

    The Parties anticipate conducting discovery on Plaintiff's claims and Defendants' defenses.

9. **Have initial disclosures been made? If not, should any changes be made in the timing, form, or requirement for initial disclosures?**

   The Parties have exchanged initial disclosures.

10. **What, if any, discovery has been completed? What discovery remains to be done and when should it be completed? Have the parties considered conducting discovery in phases or agreeing to limit discovery?**

    The Parties are currently engaged in discovery. The Parties anticipate serving written discovery and conducting depositions. The Parties do not believe that it should be necessary to conduct discovery in phases or limit discovery beyond the limitations provided for in the Federal Rules of Civil Procedure and the Local Rules of this Court. Defendants propose that discovery can be completed on or before February 27, 2026. Plaintiff proposes that discovery can be completed on or before May 31, 2026.

11. **What, if any, discovery disputes exist?**

    The Parties disagree as to when discovery should close.

12. **Have the parties discussed the desirability of filing a proposed order pursuant to Federal Rule of Evidence 502?**

    The Parties anticipate filing a joint motion for entry of protective order and further anticipate using the Court's model protective order, which includes a provision concerning Rule 502 of the Federal Rules of Evidence.

13. **Have the parties discussed early mediation?**

    Based on prior negotiations, the Parties do not believe early mediation will be productive.

14. **Have the parties considered seeking entry of a confidentiality and protective order and are there any other scheduling or discovery items requiring the court's attention?**

    The Parties anticipate filing a joint motion for entry of protective order and further anticipate using the Court's model protective order, which includes a provision concerning Rule 502 of the Federal Rules of Evidence.

| Dated: October 3, 2025 | Respectfully submitted, |
|---|---|
| */s/ Emily S. Frost (with permission)*<br>Emily S. Frost<br>Texas Bar No. 24036601<br>FROST DOMEL PLLC<br>2499 S. Capital of Texas Hwy, Suite B-203<br>Austin, Texas 78746<br>Telephone:   512.640.5501<br>emily@frostdomel.com<br><br>**ATTORNEY FOR PLAINTIFF** | */s/ Melinda J. Wetzel*<br>Kimberly R. Miers<br>Texas Bar No. 24041482<br>kmiers@littler.com<br>Melinda J. Wetzel<br>Texas Bar No. 24115637<br>mwetzel@littler.com<br>LITTLER MENDELSON, P.C.<br>100 Congress Avenue, Suite 1400<br>Austin, Texas 78701<br>Telephone:   512.982.7250<br>Facsimile:    512.982.7248<br><br>**ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that, on October 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Emily Frost
Texas Bar No. 24036601
FROST DOMEL PLLC
2499 S. Capital of Texas Hwy, Suite B-203
Austin, Texas 78746
Telephone:   512.640.5501
emily@frostdomel.com

*Attorneys for Plaintiffs*

*/s/ Melinda J. Wetzel*
Melinda J. Wetzel