IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN ESKEW, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 1:25-cv-00804-ADA |
| § | | |
| STONE HILTON PLLC, § | | |
| CHRISTOPHER HILTON, AND JUDD § | | |
| STONE, § | | |
| § | | |
| Defendants. § | | |

**JOINT MOTION FOR EXTENSION TO FILE RESPONSE AND REPLY TO NON-PARTY BRENT WEBSTER AND RALPH MOLINA'S MOTION TO QUASH**

Defendants Stone Hilton, PLLC, Christopher Hilton, and Judd Stone ("Defendants") and Non-Parties Brent Webster and Ralph Molina (collectively, the "Parties") jointly move for: (1) an extension of time for Defendants to file their response in opposition to Non-Party Brent Webster and Ralph Molina's Motion to Quash and (2) for Non-Parties Brent Webster and Ralph Molina to reply in support of their Motion to Quash, and hereby state as follows:

1. On November 18, 2025, Non-Parties Brent Webster and Ralph Molina filed their Motion to Quash Defendants' Subpoenas for documents and depositions (the "Motion to Quash") (ECF No. 38), and the Parties agreed to postpone the depositions of Brent Webster and Ralph Molina until the Court issues a ruling on the Motion to Quash.

2. Under Local Rule CV-7(d), Defendants' deadline to file their response in opposition to the Motion to Quash is seven days after the filing of the motion, on or before November 25, 2025. Non-Parties Brent Webster and Ralph Molina's deadline to file their

reply is seven days after that, on or before December 2, 2025.

3. In addition to upcoming holiday conflicts, counsel for the Parties have multiple case-related conflicts and obligations in the coming weeks, including but not limited to depositions scheduled for December 1, 2, and 3, 2025, and counsel for Brent Webster and Ralph Molina are scheduled for trial in federal court beginning December 16, 2025.

4. In light of the above, the Parties jointly request (1) a two-week extension of time for Defendants to file their response in opposition to the Motion to Quash, through and including December 9, 2025, and (2) a two-week extension of time for Non-Parties Brent Webster and Ralph Molina to file their reply in support of their Motion to Quash, through and including December 30, 2025.

5. The Parties do not seek this extension for the purpose of delay, but in the interest of preserving the time and resources of the Court, as well as those of the parties, in securing the just, speedy, and inexpensive determination of this matter. See FED. R. CIV. P. 1. Indeed, the requested extension will not prejudice any party or impact any other case deadlines.

6. For these reasons, the Parties respectfully request that this motion be granted; that Defendant's deadline to respond to the Motion to Quash be extended to December 9, 2025; that Non-Parties Brent Webster and Ralph Molina's deadline to reply to their Motion to Quash be extended to December 30, 2025; and that the parties be granted such other and further relief to which they may be justly entitled.

Dated: November 21, 2025                          Respectfully submitted,

| | |
|---|---|
| */s/ William D. Wassdorf (with permission)* | */s/ Melinda J. Wetzel* |
| Kimberly Gdula | Kimberly R. Miers |
| Chief, General Litigation Division | Texas Bar No. 24041482 |
| Texas Bar No. 24052209 | kmiers@littler.com |
| William D. Wassdorf | Melinda J. Wetzel |
| Associate Deputy AG for Civil Litigation | Texas Bar No. 24115637 |
| Texas Bar No. 24103022 | mwetzel@littler.com |
| Office of the Attorney General | LITTLER MENDELSON, P.C. |
| P.O. Box 12548, Capitol Station | 100 Congress Avenue, Suite 1400 |
| Austin, Texas 78711-2548 | Austin, Texas 78701 |
| (512) 241-9629 | Telephone:   512.982.7250 |
| (512) 320-0667 fax | Facsimile:   512.982.7248 |
| Kimberly.Gdula@oag.texas.gov | |
| Will.Wassdorf@oag.texas.gov | **ATTORNEYS FOR DEFENDANTS** |

**ATTORNEYS FOR NON-PARTY BRENT WEBSTER AND RALPH MOLINA**

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2025, a true and correct copy of the foregoing was served on all counsel of record by the Court's ECF system, including:

Emily Frost
Frost Domel PLLC
2499 S. Capital of Texas Hwy.
Suite B-203
Austin, Texas 78746
emily@frostdomel.com

Michael E. Lovins
1301 S. Capital of Texas Hwy., A-136
Austin, Texas 78746
michael@lovinslaw.com

*Attorneys for Plaintiff*

*/s/ Melinda J. Wetzel*
Kimberly R. Miers
Melinda J. Wetzel