# EXHIBIT A

| | |
|---|---|
| **From:** | Emily Frost |
| **To:** | Wetzel, Melinda J.; Miers, Kim Rives |
| **Cc:** | Emily Frost; Michael Lovins; Tara Braddock |
| **Subject:** | 6th supplemental disclosures and depo notices of Cruz staffers |
| **Date:** | Monday, February 16, 2026 1:22:24 PM |
| **Attachments:** | Eskew 6th Supp Disclosures 2-16-26.pdf<br>P"s NOD of Babcock.pdf<br>P"s NOD of Chartan.pdf<br>P"s NOD of Cooper.pdf |

**[EXTERNAL E-MAIL]**

Hi, Mindy – please see attached.

Emily Frost
Attorney & Mediator
*Board Certified in Labor & Employment Law*
*Texas Board of Legal Specialization*
**Frost Domel PLLC**
2499 S. Capital of Texas Hwy, Suite B-203
Austin, Texas 78746
t: (512) 640-5501

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN ESKEW,<br>    Plaintiff<br><br>v.<br><br>STONE HILTON PLLC,<br>CHRISTOPHER HILTON, AND JUDD<br>STONE,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-804-ADA |

### PLAINTIFF JORDAN ESKEW'S FIFTH SUPPLEMENTAL DISCLOSURES

To:   Defendants Stone Hilton PLLC, Christopher Hilton, and Judd Stone, through their attorneys of record, Kimberly R. Miers and Melinda J. Wetzel, Littler Mendelson, P.C., 100 Congress Avenue, Suite 1400, Austin, TX 78701.

Plaintiff Jordan Eskew makes the following supplemental disclosures in accordance with Federal Rule of Civil Procedure 26(a)(1):

### A. Witnesses

The names and if known, addresses and telephone numbers of individuals likely to have discoverable information—along with the subjects of that information—that Plaintiff may use to support her claims or defenses, unless the use would be solely for impeachment.

Allison Meredith Collins

■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■
■■■■■■■■

Subjects of information: Defendants' conduct

Steve Adam Charton

■■■■■■■■■■■■■■■■■■
■■■■■■■■■■■■■■■■■■■■■■
■■■■■■■■

Subjects of information: complaint(s) of sexual harassment against Judd Stone while he worked for the Office of Senator Ted Cruz, a memo documenting a complaint of sexual harassment against Judd Stone, and Stone's departure from the Office of Senator Ted Cruz.

Samuel Cooper

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

Subjects of information: complaint(s) of sexual harassment against Judd Stone while he worked for the Office of Senator Ted Cruz, a memo documenting a complaint of sexual harassment against Judd Stone, and Stone's departure from the Office of Senator Ted Cruz.

Christine Schaffer-Babcock

▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮
▮▮▮▮▮

Subjects of information: complaint(s) of sexual harassment against Judd Stone while he worked for the Office of Senator Ted Cruz, a memo documenting a complaint of sexual harassment against Judd Stone, and Stone's departure from the Office of Senator Ted Cruz.

Respectfully Submitted,

**FROST DOMEL, PLLC**

*/s/ Emily Frost*
Emily Frost
State Bar No. 24036601
emily@frostdomel.com
2499 S. Capital of Texas Highway
Suite B-203
Austin, Texas 78746
Tel: (512) 640-5501

**LOVINS TROSCLAIR, PLLC**

Michael E. Lovins
State Bar No. 24032555
Michael@LovinsLaw.com
1301 S. Capital of Texas Highway
Suite A136
Austin, Texas 78746
Tel: (512) 535-1649
Fax: (214) 276-1475

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I certify that on February 16, 2026, a true and correct copy of the foregoing was served on the following by email:

Kimberly R. Miers
Texas Bar No. 24041482
kmiers@littler.com
Melinda J. Wetzel
Texas Bar No. 24115637
mwetzel@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512.982.7250
Facsimile: 512.982.7248

**ATTORNEYS FOR DEFENDANTS**

*/s/ Emily Frost*
Emily Frost

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN ESKEW,<br>　　Plaintiff<br><br>v.<br><br>STONE HILTON PLLC,<br>CHRISTOPHER HILTON, AND JUDD STONE,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00804-ADA |

## NOTICE OF ORAL DEPOSITION OF THIRD PARTY WITNESS CHRISTINE SCHAFFER-BABCOCK

Please take notice that the oral deposition of third party witness Christine Schaffer-Babcock will be conducted on **Tuesday, February 24, 2026,** starting at **2:00 p.m. CST** and continuing thereafter until concluded.

The deposition will be held virtually via Zoom. The deposition will be taken before a certified court reporter and videographer. The Zoom link will be provided to the parties and the witness prior to February 24, 2026.

- 2 -

Respectfully submitted,

FROST DOMEL PLLC
Emily Frost
State Bar No. 24036601
2499 S. Capital of Texas Hwy.
Suite B-203
Austin, Texas 78746
(512) 640-5501
emily@frostdomel.com

LOVINS LAW
Michael E. Lovins
State Bar No. 24032555
1301 S. Capital of Texas Hwy., A-136
Austin, Texas 78746
(512) 535-1649
michael@lovinslaw.com

By: *[signature]*
    Emily Frost

ATTORNEYS FOR PLAINTIFF

- 3 -

## CERTIFICATE OF SERVICE

      This is to certify that on February 16, 2026, a true and correct copy of the foregoing has been delivered by email:

Kimberly R. Miers
Texas Bar No. 24041482
kmiers@littler.com
Melinda J. Wetzel
Texas Bar No. 24115637
mwetzel@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512.982.7250
Facsimile: 512.982.7248

**ATTORNEYS FOR DEFENDANTS**

_/s/ Emily Frost_
Emily Frost

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JORDAN ESKEW, §<br>　　　Plaintiff　　　　　　　　§<br>　　　　　　　　　　　　　　§<br>v.　　　　　　　　　　　　§<br>　　　　　　　　　　　　　　§<br>STONE HILTON PLLC,　　　§<br>CHRISTOPHER HILTON, AND JUDD §<br>STONE,　　　　　　　　　§<br>　　　Defendants.　　　　　§ | Case No. 1:25-cv-00804-ADA |

## NOTICE OF ORAL DEPOSITION OF THIRD PARTY WITNESS STEVE ADAM CHARTAN

Please take notice that the oral deposition of third party witness Steve Adam Chartan will be conducted on **Tuesday, February 24, 2026,** starting at **10:00 a.m. CST** and continuing thereafter until concluded.

The deposition will be held virtually via Zoom. The deposition will be taken before a certified court reporter and videographer. The Zoom link will be provided to the parties and the witness prior to February 24, 2026.

- 2 -

Respectfully submitted,

FROST DOMEL PLLC
Emily Frost
State Bar No. 24036601
2499 S. Capital of Texas Hwy.
Suite B-203
Austin, Texas 78746
(512) 640-5501
emily@frostdomel.com

LOVINS LAW
Michael E. Lovins
State Bar No. 24032555
1301 S. Capital of Texas Hwy., A-136
Austin, Texas 78746
(512) 535-1649
michael@lovinslaw.com

By: _____
    Emily Frost

ATTORNEYS FOR PLAINTIFF

- 3 -

## CERTIFICATE OF SERVICE

      This is to certify that on February 16, 2026, a true and correct copy of the foregoing has been delivered by email:

Kimberly R. Miers
Texas Bar No. 24041482
kmiers@littler.com
Melinda J. Wetzel
Texas Bar No. 24115637
mwetzel@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512.982.7250
Facsimile: 512.982.7248

**ATTORNEYS FOR DEFENDANTS**

 

_____
Emily Frost

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN ESKEW,<br>　　Plaintiff<br><br>v.<br><br>STONE HILTON PLLC,<br>CHRISTOPHER HILTON, AND JUDD STONE,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:25-cv-00804-ADA |

**NOTICE OF ORAL DEPOSITION OF THIRD PARTY WITNESS SAMUEL COOPER**

Please take notice that the oral deposition of third party witness Samuel Cooper will be conducted on **Tuesday, February 24, 2026,** starting at **12:00 p.m. CST** and continuing thereafter until concluded.

The deposition will be held virtually via Zoom. The deposition will be taken before a certified court reporter and videographer. The Zoom link will be provided to the parties and the witness prior to February 24, 2026.

- 2 -

Respectfully submitted,


FROST DOMEL PLLC
Emily Frost
State Bar No. 24036601
2499 S. Capital of Texas Hwy.
Suite B-203
Austin, Texas 78746
(512) 640-5501
emily@frostdomel.com

LOVINS LAW
Michael E. Lovins
State Bar No. 24032555
1301 S. Capital of Texas Hwy., A-136
Austin, Texas 78746
(512) 535-1649
michael@lovinslaw.com

By: _____
      Emily Frost

ATTORNEYS FOR PLAINTIFF

- 3 -

## CERTIFICATE OF SERVICE

      This is to certify that on February 16, 2026, a true and correct copy of the foregoing has been delivered by email:

Kimberly R. Miers
Texas Bar No. 24041482
kmiers@littler.com
Melinda J. Wetzel
Texas Bar No. 24115637
mwetzel@littler.com
LITTLER MENDELSON, P.C.
100 Congress Avenue, Suite 1400
Austin, Texas 78701
Telephone: 512.982.7250
Facsimile: 512.982.7248

**ATTORNEYS FOR DEFENDANTS**

_____
Emily Frost

ATTORNEYS FOR DEFENDANT