# EXHIBIT E

| | |
|---|---|
| **From:** | [Tara Braddock](#) |
| **To:** | [Wetzel, Melinda J.](#); [Emily Frost](#); [Miers, Kim Rives](#) |
| **Cc:** | [Michael Lovins](#) |
| **Subject:** | RE: subpoenas and NOD for Babcock, Chartan, and Cooper |
| **Date:** | Monday, February 23, 2026 11:57:28 AM |

Dear Ms. Wetzel,

The depositions are not proceeding.

Thank you,

Tara Shaffer

Legal Assistant

[**Frost Domel PLLC**](#)

[2499 S. Capital of Texas Hwy, Suite B-203](#)

[Austin, Texas 78746](#)

t: (512) 640-5501

c: (512) 300-7832

---

**From:** Wetzel, Melinda J. <MWetzel@littler.com>
**Sent:** Monday, February 23, 2026 9:48 AM
**To:** Emily Frost <emily@frostdomel.com>; Miers, Kim Rives <KMiers@littler.com>
**Cc:** Michael Lovins <michael@lovinslaw.com>; Tara Braddock <tara@frostdomel.com>
**Subject:** RE: subpoenas and NOD for Babcock, Chartan, and Cooper

Emily,

Are these depositions proceeding tomorrow?

Thank you,
Mindy

---

**From:** Emily Frost <[emily@frostdomel.com](#)>
**Sent:** Thursday, February 19, 2026 7:50 PM
**To:** Wetzel, Melinda J. <[MWetzel@littler.com](#)>; Miers, Kim Rives <[KMiers@littler.com](#)>
**Cc:** Michael Lovins <[michael@lovinslaw.com](#)>; Tara Braddock <[tara@frostdomel.com](#)>; Emily Frost <[emily@frostdomel.com](#)>
**Subject:** subpoenas and NOD for Babcock, Chartan, and Cooper

**[EXTERNAL E-MAIL]**

Please see attached. Thanks.

Emily Frost
Attorney & Mediator
*Board Certified in Labor & Employment Law*
*Texas Board of Legal Specialization*
**Frost Domel PLLC**
2499 S. Capital of Texas Hwy, Suite B-203
Austin, Texas 78746
t: (512) 640-5501

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.