UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JORDAN ESKEW, § | |
|    Plaintiff, § | |
| § | |
| v. § | No. 1:25-CV-00804-ADA |
| § | |
| STONE HILTON PLLC, § | |
| CHRISTOPHER HILTON, § | |
| and JUDD STONE, § | |
|    Defendants. § | |

**ORDER ON MOTION TO RECONSIDER**

This matter came before the Court on Plaintiff's Motion to Reconsider Court Order Quashing Plaintiff's Subpoena for Deposition on Written Questions Served on Office of Senator Ted Cruz (Dkt. 72). Upon consideration of the Motion, Senator Cruz's response in opposition thereto, and the entire record in this case, it is **HEREBY ORDERED** that the Motion to Reconsider is **DENIED**.

**SO ORDERED** 03/06/2026.

                                                                                                                        _____
                                                                                                                        ALAN D ALBRIGHT
                                                                                                                        UNITED STATES DISTRICT JUDGE