# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN ESKEW | § | |
| | § | CIVIL NO: |
| vs. | § | AU:25-CV-00804-ADA |
| | § | |
| STONE HILTON PLLC, CHRISTOPHER | § | |
| HILTON, JUDD STONE | | |

## ORDER RESETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for a **MOTIONS HEARING VIA ZOOM,** on **Monday, April 27, 2026 at 01:30 PM**.

IT IS SO ORDERED this 14th day of April, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE