UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JORDAN ESKEW | § | |
| | § | CIVIL NO: |
| vs. | § | AU:25-CV-00804-ADA |
| | § | |
| STONE HILTON PLLC, et al. | § | |

ORDER CANCELLING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MOTIONS HEARING VIA ZOOM** on **Friday, July 10, 2026 at 02:00 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 1st day of July, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE